```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23796
   DOROTHY A PALMER
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1513


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/18/2007 and was confirmed 03/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.06%.

     The case was dismissed after confirmation 07/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
HSBC BANK USA              NOTICE ONLY    NOT FILED               .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        10266.38              .00            .00
FCNB MASTERTRUST           UNSECURED         1012.17              .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          209.03              .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG     5834.64              .00        5834.64
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    15054.41              .00            .00
CAPITAL ONE                UNSECURED         1222.50              .00            .00
CAPITAL ONE                UNSECURED         1742.82              .00            .00
CAPITAL ONE                UNSECURED         1031.50              .00            .00
CAPITAL ONE                UNSECURED         3630.64              .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY    NOT FILED               .00            .00
FORD MOTOR CREDIT          SECURED VEHIC        .00               .00            .00
FORD MOTOR CREDIT          UNSECURED            .00               .00            .00
FORD MOTOR CREDIT COMPAN   NOTICE ONLY    NOT FILED               .00            .00
SHERMAN & SHERMAN          NOTICE ONLY    NOT FILED               .00            .00
AMERICAN EXPRESS TRAVEL    FILED LATE       1206.02               .00            .00
ALLIED INTERSTATE INC      NOTICE ONLY    NOT FILED               .00            .00
NORTHLAND GROUP            NOTICE ONLY    NOT FILED               .00            .00
CAPITAL ONE                UNSECURED     NOT FILED                .00            .00
JAMES A WEST               NOTICE ONLY    NOT FILED               .00            .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY    NOT FILED               .00            .00
UNITED RECOVERY SYSTEMS    NOTICE ONLY    NOT FILED               .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED               .00            .00
CHASE BANK                 UNSECURED     NOT FILED                .00            .00
MICHAEL D FINE             NOTICE ONLY    NOT FILED               .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         7586.90              .00            .00
NATIONAL PAYMENT CENTER    UNSECURED         1102.32              .00            .00
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED               .00            .00
ROUNDUP FUNDING LLC        UNSECURED         4876.24              .00            .00
DRESS BARN                 UNSECURED     NOT FILED                .00            .00
FCNB MSTR TR               UNSECURED     NOT FILED                .00            .00
GE MONEY BANK              UNSECURED     NOT FILED                .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23796 DOROTHY A PALMER
```

```
BONDED COLLECTION CORP    NOTICE ONLY    NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        598.98               .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       4969.77               .00              .00
TARGET                    UNSECURED      NOT FILED              .00              .00
FIRST SOURCE              NOTICE ONLY    NOT FILED              .00              .00
CITIBANK                  NOTICE ONLY    NOT FILED              .00              .00
CHASE BANK USA NA         UNSECURED       1448.26               .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        508.64               .00              .00
TIMOTHY K LIOU            DEBTOR ATTY      338.20                                .00
TOM VAUGHN                TRUSTEE                                             507.36
DEBTOR REFUND             REFUND                                                 .00
```

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              6,342.00

PRIORITY                                         .00
SECURED                                     5,834.64
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          507.36
DEBTOR REFUND                                    .00
                    ---------------      ---------------
TOTALS               6,342.00                6,342.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 23796 DOROTHY A PALMER